IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SANDRA GROSS and STEVE HUNT,

    Plaintiffs,

v.

JACKSON COUNTY, a subdivision of the State of Oregon, et al,

    Defendants.

Case No. 1:19-cv-01774-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 28), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Plaintiffs did not file objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (ECF No. 28) is adopted. Defendants' Motion (ECF No. 25) is GRANTED in part and DENIED in part. Plaintiffs' Amended Complaint is dismissed without prejudice, with leave to file a second amended complaint within thirty days. IT IS SO ORDERED.

    DATED this 26th day of May, 2021.

        /s/ Michael J. McShane
Michael McShane
United States District Judge